```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**JOSEPH A. NARD**                                                    **PLAINTIFF**

        **v.**              **Civil No. 13-5114**

**OFFICER HUTCHERSON; OFFICER HARRIS;
OFFICER COUINS; OFFICER HOUDAY; and
OFFICER WHITINGTON**, All of the
Washington County Detention Center                                    **DEFENDANTS**

### O R D E R

Now on this 18th day of November 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #25), to which no objections have been filed. The Report and Recommendation was sent to plaintiff at his last known address on October 28, 2013, but was returned on November 6, 2013, as undeliverable, marked "unable to forward."

It is a litigant's responsibility to prosecute his case and to keep the Court apprised of his current address at all times. **Local Rule 5.5(c)(2)**. Plaintiff in this case has failed to do so.

In any event, the Court has reviewed the Report and Recommendation -- which recommends dismissal for failure to inform the Court of a change of address and failure to prosecute -- and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #25) is hereby **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this action is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**